UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SHANDONG YINGUANG CHEMICAL    }
INDUSTRIES JOINT STOCK CO., LTD.,    }
    }
    Plaintiff,    }
VS.    }    CIVIL ACTION NO. H-08-1601
    }
MICHAEL POTTER,    }
    }
    Defendant.    }

## ORDER OF DISMISSAL

For the reasons expressed in the Court's Memorandum Opinion filed this date, it is

hereby

ORDERED that Plaintiff Shandong Yinguang Chemical Industries Joint Stock Co. Ltd.'s

claims for fraud and fraud in the inducement are hereby DISMISSED without prejudice for

failure to state a claim upon which relief can be granted.  It is further

ORDERED that Plaintiff Shandong Yinguang Chemical Industries Joint Stock Co. Ltd.'s

Claims for piercing the corporate veil and breach of contract are DISMISSED with prejudice for

lack of standing.

THIS IS A FINAL ORDER, and THE CASE IS CLOSED.

SIGNED at Houston, Texas, this 31st day of March, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1